STATE OF INDIANA EX REL. CRAIG v. SCHANNEN, JUDGE.

[No. 0-531. Filed November 18, 1958.]

*Willie A. Craig, pro se.*

EMMERT, J.—Petitioner seeks an alternative writ of mandamus to order Respondent to rule on his delayed motion for a new trial. The petition must be denied for failure to comply with Rule 2-35 as to certified copies of the pleadings, orders and entries in the trial court.

Petition denied.

Bobbitt, C. J., Landis, Achor and Arterburn, JJ., concur.

NOTE.—Reported in 153 N. E. 2d 918.